UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>THAI STAR BBQ; B P L, LLC; and DOES 1-10,<br><br>    Defendants. | No. ED CV 18-1600 PA (KKx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

In accordance with the Court's November 19, 2018 Order granting the Motion for Default Judgment filed by plaintiff James Rutherford ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

    1.    Plaintiff shall have judgment in his favor and against defendants Thai Star BBQ and B P L, LLC (collectively "Defendants");

    2.    Defendants shall pay to Plaintiff the total amount of $8,647.00 (itemized as statutory damages of $4,000.00, attorneys' fees of $4207.00, and costs of $440.00); and

    3.    Defendants are ordered to provide accessible parking spaces, an accessible restroom, and an accessible transaction counter at the property located at or about 3848

North McKinley Street, Corona, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

DATED: November 19, 2018

                                            Percy Anderson
                                United States District Judge