Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Côté, Esq. (State Bar No. 132885)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com


Attorneys for Plaintiff:  JAMES RUTHERFORD


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION


| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>            Plaintiff,<br><br>v.<br><br><br>THAI STAR BBQ, a business of unknown form; B P L, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>            Defendants. | **Case  No**. **5:18-cv-1600-PA (KK)**<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE** |

[PROPOSED] ORDER RE: STIPULATION TO DISMISS

**ORDER**

It is hereby ordered, adjudged and decreed that the case is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:   February 05, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE